No. 93–5388. WEAVER *v.* KAYE ET AL. Super. Ct. Pa. Certiorari denied.

No. 93–5389. WEAVER *v.* STRINE ET AL. Super. Ct. Pa. Certiorari denied.

No. 93–5391. STEWARD *v.* GWALTNEY OF SMITHFIELD, LTD. C. A. 4th Cir. Certiorari denied.

No. 93–5392. LIGGINS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5393. TAYLOR *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5394. CURTIS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–5395. BUTZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5396. BOBO *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–5397. DOMINGUEZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–5398. GREEN *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 93–5399. ALMON *v.* BRELAND ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–5401. RAZO *v.* UNITED STATES; and
No. 93–5471. RAZO, AKA RAZO-ALVARADO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5402. MONROE *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93–5404. BIVINS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.